# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| AMADO LOPEZ and all others similarly situated under 29 U.S.C. 216(B), | ) ) ) | **13-CV-80671-Ryskamp/Hopkins** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| SOUTH FLORIDA SHAVINGS, INC. QUALITY SHAVINGS OF SOUTH FLORIDA LLC GIUSEPPE JOSEPH IADISERNIA, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
SOUTH FLORIDA SHAVINGS, INC.
Registered Agent: Hillel Frishman
10191 Lantana Road
Lake Worth, FL 33449

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **July 10, 2013**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| AMADO LOPEZ and all others similarly situated under 29 U.S.C. 216(B), <br><br> Plaintiff, <br> vs. <br><br> SOUTH FLORIDA SHAVINGS, INC. <br> QUALITY SHAVINGS OF SOUTH FLORIDA LLC <br> GIUSEPPE JOSEPH IADISERNIA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **13-CV-80671-Ryskamp/Hopkins** |

### SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
QUALITY SHAVINGS OF SOUTH FLORIDA LLC
Registered Agent: CST Business & Financial Services
1500 N. University Drive, Suite 235
Coral Springs, FL 33071

A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.<br>
J.H. Zidell P.A.<br>
300 71ST Street, Suite 605<br>
Miami Beach, Florida 33141

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: **July 10, 2013**

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| AMADO LOPEZ and all others similarly situated under 29 U.S.C. 216(B),<br><br>Plaintiff,<br>vs.<br><br>SOUTH FLORIDA SHAVINGS, INC.<br>QUALITY SHAVINGS OF SOUTH FLORIDA LLC<br>GIUSEPPE JOSEPH IADISERNIA,<br><br>Defendants. | **13-CV-80671-Ryskamp/Hopkins** |

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
GIUSEPPE JOSEPH IADISERNIA
10191 Lantana Road
Lake Worth, FL 33449

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __July 10, 2013__



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts